UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Nahum Angel Corro (1),<br>Roberto Enrique Aguilar-Fernandez (2),<br><br>Defendant. | CASE NO.:  21-CR-1062-JLS<br><br>ORDER CONTINUING MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the motion hearing/trial setting currently scheduled for May 14, 2021, be continued to June 4, 2021 at 1:30 p.m.

**IT IS FURTHER ORDERED** that time be excluded under the Speedy Trial Act at 18 U.S.C. § 3161(h)(7).  For the reasons set forth in the joint motion, the Court finds that the continuance serves the ends of justice and outweighs the public and Defendants' interest in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:  May 7, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge