# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Nahum Angel Corro (1),<br>Roberto Enrique Aguilar-Fernandez (2),<br><br>　　　　Defendant. | CASE NO.:  21-CR-1062-JLS<br><br>ORDER CONTINUING MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the motion hearing/trial setting currently scheduled for June 4, 2021, be continued to June 25, 2021 at 1:30 p.m.

**IT IS FURTHER ORDERED** that time be excluded under the Speedy Trial Act at 18 U.S.C. § 3161(h)(7).  For the reasons set forth in the joint motion, the Court finds that the continuance serves the ends of justice and outweighs the public and Defendants' interest in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

　　**SO ORDERED.**

Dated: May 17, 2021

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge